IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HERBERT LOREN REEVES**               **PLAINTIFF**

VS.                    **CASE NO. 4:10V00146 SWW**

**SHERIFF SCOTT BRADLEY,** *et al.*            **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

DATED this 2nd day of June, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE