IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HERBERT LOREN REEVES**                          **PLAINTIFF**

VS.                        **CASE NO. 4:10CV00146 SWW**

**SHERIFF SCOTT BRADLEY,** *et al.*                **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order filed this date, judgment is entered dismissing this case with prejudice. The relief sought is denied.

DATED this 27th day of October, 2011.

                                               **/s/Susan Webber Wright**

                                               UNITED STATES DISTRICT JUDGE